

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MESA D CORP, | § | No. 08-24-00316-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th Judicial District Court |
| FULFILLSOURCE, LLC   d/b/a CREWBACK, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2023DCV2634) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF SEPTEMBER 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.